1  S

2

3

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5

6  UNITED STATES OF AMERICA,                    )

7                          Plaintiff,            )          CV-10-5033-RMP

8          vs.                                   )

9  909 NORTH THIRD STREET, PASCO,               )          Final Order of Forfeiture
   WASHINGTON, TOGETHER WITH                     )
10 ALL APPURTENANCES, FIXTURES,                  )
   ATTACHMENTS, AND                              )
11 IMPROVEMENTS THERETO AND                      )
   THEREUPON,                                    )
12                                               )
   105106 MANUEL DRIVE,                          )
13 KENNEWICK, WASHINGTON,                        )
   TOGETHER WITH ALL                             )
14 APPURTENANCES, FIXTURES,                      )
   ATTACHMENTS, AND                              )
15 IMPROVEMENTS THERETO AND                      )
   THEREUPON,                                    )
16                                               )
   104804 MANUEL DRIVE,                          )
17 KENNEWICK, WASHINGTON,                        )
   TOGETHER WITH ALL                             )
18 APPURTENANCES, FIXTURES,                      )
   ATTACHMENTS, AND                              )
19 IMPROVEMENTS THERETO AND                      )
   THEREUPON,                                    )
20                                               )
   104602 MANUEL DRIVE,                          )
21 KENNEWICK, WASHINGTON,                        )
   TOGETHER WITH ALL                             )
22 APPURTENANCES, FIXTURES,                      )
   ATTACHMENTS, AND                              )
23 IMPROVEMENTS THERETO AND                      )
   THEREUPON,                                    )
24                                               )
   $5,033.00 U.S. CURRENCY,                      )
25                                               )
                           Defendants.           )
26

         Plaintiff, United States of America, filed a Verified Complaint for Forfeiture

27 In Rem on March 23, 2010, alleging that the defendant property captioned above

28

Final Order of Forfeiture -1-
Final Order of Forfeiture.wpd

was subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.  ECF No. 1.

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

<u>OVERVIEW</u>

The assets being forfeited are described as follows:

1)      <u>909 North Third Street, in Pasco, Washington</u>, legally described as follows:

Block 11, NORTHERN PACIFIC FIRST ADDITION TO PASCO, according to the plat thereof recorded in Volume "B" of Plats, Page 60, records of Franklin County, Washington.

Assessor's Parcel Number(s): 112-023-042

SUBJECT TO easements, restrictions, reservations and covenants of record.

2)      $18,500.00 substitute <u>res</u> in lieu of forfeiture of the real property known as <u>105106 Manuel Drive, 104804 Manuel Drive; and, 104602 Manuel Drive, in Kennewick, Washington ("Manuel Parcels")</u>

3)      $5,033.00 U.S. currency seized from Jesus Madrigal by the Tri-Cities Violent Gang Task Force (TVGTF) on or about March 12, 2010, pursuant to a state search warrant executed at 425 North Columbia Center Boulevard, Apt. C106, in Kennewick, Washington.

Notice of Civil Forfeiture Action was posted on the official government website, [www.forfeiture.gov](http://www.forfeiture.gov), beginning July 7, 2010, through August 5, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on May 16, 2011.  ECF Nos. 39, 39-1 and 39-2.  Based upon the internet publication start date of July 7, 2010, the last date to file a timely claim was September 5, 2010.

I.      <u>909 North Third Street, Pasco, Washington</u>

Real property records indicate that potential claimants who may have an interest in the Defendant 909 North Third Street real property are Norma Madrigal, James C. Go and Luisita T. Go, and Enrique Ledsma (Ledesma).

Final Order of Forfeiture -2-
Final Order of Forfeiture.wpd

On April 2, 2010, the United States Marshals Service posted notice of this forfeiture action on the Defendant real property located at 909 North Third Street, in Pasco, Washington, as noted on form USM-285 filed herein.  ECF No. 67.

On or about March 26, 2010, Norma Madrigal was served via certified mail, return receipt requested, with copies of the Notice of Complaint, Verified Complaint for Forfeiture In Rem, and Lis Pendens, as evidenced by the Certificate of Service of Notice by Mail filed herein.  ECF No. 5 and 5-1.

On May 4, 2010, Attorney John Crowley filed an Answer to Complaint for Forfeiture for Norma Madrigal, Mariela Madrigal, and Jesus Madrigal.  ECF No. 13.

On May 5, 2010, Attorney John Crowley filed an Amended Answer to Complaint for Forfeiture for Norma Madrigal, Mariela Madrigal and Jesus Madrigal.  ECF No. 14. On June 10, 2010, Norma Madrigal filed a Claim.  ECF No. 25.  On February 6, 2013, Norma Madrigal filed a Stipulation to Withdraw Claim, in which she withdrew her claim to the Defendant assets and consented to the entry of a Final Order of Forfeiture, forfeiting the assets to the United States without further hearing or notice.  ECF No. 59

On or about March 26, 2010, James C. Go and Luisita T. Go were served via certified mail, return receipt requested, with copies of the Notice of Complaint, Verified Complaint for Forfeiture In Rem, and Lis Pendens, as evidenced by the Certificate of Service of Notice by Mail filed herein.  ECF No. 3 and 3-1.

On March 30, 2010, James C. Go and Luisita T. Go, filed an Answer to the complaint.  ECF No. 9.  On March 31, 2010, James C. Go and Luisita T. Go, filed a Claim to the Defendant 909 North Third Street real property. ECF No. 11.

The United States and James C. Go and Luisita T. Go ("Claimants") entered into an Expedited Settlement Agreement regarding the Defendant 909 North Third Street real property, filed herein on March 4, 2013.  ECF No. 64.  In said settlement agreement, the parties agreed that upon the sale of the Defendant real

1  property, pursuant to an interlocutory sale order or a final order of forfeiture, that
2  the United States would pay amounts owing to the Claimants, as outlined in the
3  settlement agreement.

4       Based upon the terms of the Real Estate Contract between Enrique Ledesma
5  (Ledsma), a single person as "Seller" and Norma Madrigal as "Buyer" recorded on
6  October 12, 2004, in Franklin County, Washington, under recording number
7  1652128, any interest Mr. Ledesma had in the property should have been satisfied
8  by Ms. Madrigal on or before May 15, 2005, however, there is no satisfaction or
9  reconveyance recorded in Franklin County. On or about March 26, 2010, Enrique
10  Ledsma (Ledsma) was served via certified mail, return receipt requested, with
11  copies of the Notice of Complaint, Verified Complaint for Forfeiture In Rem, and
12  Lis Pendens, as evidenced by the Certificate of Service of Notice by Mail filed
13  herein.  ECF No. 4 and 4-1.  Mr. Ledsma (Ledesma) did not file a claim or respond
14  to the notice.  On or about May 9th, 2013, a Clerk's Order of Default was entered
15  regarding Enrique Ledsma's (Ledesma's) interest in the Defendant 909 N Third
16  real property.   ECF No. 82.

17  II.    $18,500.00 substitute res in lieu of forfeiture of the "Manuel Parcels"

18       Real property records indicate that potential claimants who may have an
19  interest in the Defendant "Manuel Parcels" real properties are Mariela Madrigal,
20  and the Estate of Gerald L. Manuel.

21       On April 2, 2010, the United States Marshals Service posted notice of this
22  forfeiture action on the Defendant real property located at 909 North Third Street,
23  in Pasco, Washington, as noted on form USM-285 filed herein.  ECF No. 68.

24       On or about March 26, 2010, Mariela Madrigal was served via certified
25  mail, return receipt requested, with copies of the Notice of Complaint, Verified
26  Complaint for Forfeiture In Rem, and Lis Pendens, as evidenced by the Certificate
27  of Service of Notice by Mail filed herein.  ECF No. 6 and 6-1.

28

Final Order of Forfeiture -4-
Final Order of Forfeiture.wpd

On or about March 30, 2010, Mariela Madrigal was served via certified mail, return receipt requested, with copies of the Notice of Complaint, Verified Complaint for Forfeiture <u>In Rem</u>, and Lis Pendens, at another address, as evidenced by the Certificate of Service of Notice by Mail filed herein.  ECN No. 10 and 10-1.

On May 4, 2010, Attorney John Crowley filed an Answer to Complaint for Forfeiture for Norma Madrigal, Mariela Madrigal, and Jesus Madrigal.  ECF No. 13.

On May 5, 2010, Attorney John Crowley filed an Amended Answer to Complaint for Forfeiture for Norma Madrigal, Mariela Madrigal and Jesus Madrigal.  ECF No. 14.

On May 12, 2010, Jesus Madrigal was served via certified mail, return receipt requested, in care of the Benton County Jail, and also via facsimile to Attorney John Crowley, with copies of the Notice of Complaint, Verified Complaint for Forfeiture <u>In Rem</u>, Lis Pendens, and Warrant of Arrest In Rem, as evidenced by the Certificate of Service of Notice by Mail filed herein.  ECF No. 19 and 19-1.  On June 17, 2010, Jesus Madrigal filed a Notice of Withdraw of Claim of Real Property.  ECF No. 28.

On June 10, 2010, Mariela Madrigal filed a Claim.  ECF No. 26.  The United States and Mariela Madrigal entered into a Settlement Agreement and Stipulation for Order of Forfeiture, filed herein on February 20, 2013.  ECF No. 62.  In said settlement agreement and stipulation, Mariela Madrigal agreed to withdraw her claim and the United States agreed to pay her $4,000.00 of the $18,500.00 in substitute <u>res</u> received by the United States from the Manuel Estate, pursuant to a separate settlement agreement between the United States and the Manuel Estate.  ECF No.  55.

On or about May 28, 2010, Gerald Manuel filed a Claim.  ECF No. 24.  On or about June 30, 2010, Gerald Manuel was served via certified mail, return

receipt requested, with copies of the Notice of Complaint, Verified Complaint for Forfeiture In Rem, and Lis Pendens, as evidenced by the Certificate of Service of Notice by Mail filed herein.  ECN No. 37 and 37-1.  The United States and Claimant, Estate of Gerald Manuel, filed a Settlement Agreement, filed herein on January 2, 2013.  ECF No.  55.  In said settlement agreement, Claimant agreed to forfeit $18,500.00 substitute res in lieu of forfeiture of the Manuel Parcels.  The United States received the $18,500.00 substitute res on or about December 30, 2012, as evidenced by the Notice of Receipt of Substitute Res filed herein on May 14, 2013. ECF No. 83.

III.    $5,033.00 U.S. Currency

On March 30, 2010, the Clerk issued the Warrant of Arrest In Rem, for the Defendant $5,033.00 U.S. Currency, pursuant to the Court's order of the same date.  ECF No. 7.  On April 28, 2010, the Warrant of Arrest In Rem was executed by the United States Marshals Service.  On April 29, 2010, the United States filed the executed Warrant of Arrest in Rem.  ECF No. 12.

On May 4, 2010, Attorney John Crowley filed an Answer to Complaint for Forfeiture for Norma Madrigal, Mariela Madrigal, and Jesus Madrigal.  ECF No. 13.

On May 5, 2010, Attorney John Crowley filed an Amended Answer to Complaint for Forfeiture for Norma Madrigal, Mariela Madrigal and Jesus Madrigal.  ECF No. 14.  On June 17, 2010, Jesus Madrigal filed a Notice of Withdraw of Claim of Real Property.  ECF No.  28.

On May 12, 2010, Jesus Madrigal was served via certified mail, return receipt requested, in care of the Benton County Jail, and also via facsimile to Attorney John Crowley, with copies of the Notice of Complaint, Verified Complaint for Forfeiture In Rem, Lis Pendens, and Warrant of Arrest In Rem, as evidenced by the Certificate of Service of Notice by Mail filed herein.  ECF No.

19 and 19-1.  Based upon the May 12, 2010, service date, Jesus Madrigal's claim deadline was June 16, 2010.

On April 2, 2013, the United States filed and served a Notice of Motion for Default upon Jesus Madrigal.  ECF No. 69.  On April 18, 2013, the United States filed and served a Motion for Entry of Default as to Jesus Madrigal.  ECF No. 76.  On April 18, 2013, the Clerk entered a Clerk's Order of Default as to Jesus Madrigal's interest in the Defendant $5,033.00 U.S. Currency.  ECF No. 77.

RESOLUTION OF CLAIMS

IV.    909 North Third Street, Pasco, Washington

It appearing to the Court that the United States and Claimants James C. Go and Luisita T. Go, entered into an Expedited Settlement Agreement, regarding Claimants' interest in the Defendant 909 North Third Street, real property, and according to the terms of said settlement agreement, upon forfeiture and sale of the Defendant 909 North Third property, and after payment of outstanding taxes and expenses of custody and sale incurred by the United States Marshals Service, the United States shall pay Claimants the following:

a.    All unpaid principal due to Claimants, in the amount of $62,402.04 as of July 11, 2012, pursuant to a Real Estate Contract ("Contract") at ECF No. 64-1, recorded October 12, 2004, in the official records of Franklin County, Washington, under Recording No. 1652128; and,

b.    Interest calculated at the base contractual rate (not the default rate) under the above Contract assessed at $12.82 per diem from July 12, 2012, until the date of payment.

c.    casualty insurance premiums, if any, advanced by Claimants.

d.    real property taxes, if any, advanced by Claimants.

It also appearing to the Court that Claimant, Norma Madrigal withdrew her claim;

It further appearing to the Court that Enrique Ledsma's (Ledesma's) interest in the property was resolved through the entry of the Clerk's Order of Default;

It further appearing to the Court that there are no additional timely claims;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Defendant 909 North Third Street, Pasco, Washington, real property is hereby forfeited to the United States; and the United States Marshals Service shall dispose of the forfeited property in accordance with law, and further, the United States Marshals service shall pay Claimants James T. Go and Luisita C. Go, as outlined above and in the settlement agreement filed herein.

V.    $18,500 Substitute Res in lieu of Forfeiture of Manuel Parcels

It appearing that Claimant, Mariela Madrigal, withdrew her claim to the Defendant Manuel Parcels, and entered into a settlement agreement, in which the United States agreed to pay $4,000.00 of the $18,500.00 substitute res received by the United States from Claimant Estate of Gerald L. Manuel;

It appearing to the Court that the United States and Claimant Estate of Gerald L. Manuel agreed in the settlement agreement and stipulation filed herein to the forfeiture of substitute res in lieu of forfeiture of the Defendant real property;

It appearing to the Court that the agreed upon  substitute res has been provided to the United States.

It further appearing to the Court that there are no additional timely claims;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the United States shall pay $4,000.00 of the $18,500.00 substitute res provided by Claimant Estate of Gerald L. Manuel, to Mariela Madrigal and the remaining $14,500.00 substitute res is hereby forfeited to the United States;

VI.    <u>$5,033.00 U.S. Currency</u>

It appearing to the Court that Jesus Madrigal's interest in the Defendant $5,033.00 U.S. Currency has been resolved through the entry of the Clerk's Order of Default.

It further appearing to the Court that there are no additional timely claims;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the $5,033.00. U.S. currency is hereby forfeited to the United States;

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of all of the Defendant assets in accordance with law.

DATED this 23rd day of May, 2013.


s/Rosanna Malouf Peterson
Rosanna Malouf Peterson
Chief United States District Judge




Presented by:

Michael C. Ormsby
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney